malone

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. Brown    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D Brown    1/18/07 |
| 1. Article Addressed to:<br><br>Trans Union, LLC<br>Prentice-Hall Corp. System Inc.<br>150 South Perry St<br>Montgomery, AL 36104<br><br>2:07cv41-MEF  Cmplsms 20 dep | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0004 3935 8644 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

malone

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. Brown    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D Brown    1/18/07 |
| 1. Article Addressed to:<br><br>Equifax Information Services, LLC<br>CSC Lawyers Incorporating Service Inc.<br>150 South Perry Street<br>Montgomery, AL 36104<br><br>2:07cv41-MEF  Cmplsms 20 dep | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service)  7005 1160 0004 3935 8668 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540