*Mahone*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Strickland*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
1-18-07

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**Experian Information Solutions, Inc.**
**The Corporation Company**
**2000 Interstate Park Drive, Suite 204**
**Montgomery, AL 36109-5420**

Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

2:07cv41-MEF  Cmp | summ 20 Cup

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0004 3935 8675

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540