Malone

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>JAN 2 3 2007 |
| 1. Article Addressed to:<br><br>Asset Acceptance Corp. tal Corp.<br>P O Box 2036<br>150 South Perry Street<br>Warren, MI 48090-2036   36<br><br>2:07cv41-MEF cmp l smo 20 dys | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1160 0004 3935 8651 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |