Mahone

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LVNV Funding, LLC
The Corporation Trust Company
1209 Trust Center
Wilmington, DE  19801

2:07cv41MEF  Cmp/sm 20 Sup

2. Article Number
(Transfer from service label)

7005 1160 0004 3935 8637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                         ☐ Agent
                                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 2 3 JAN 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540