IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LOUENIA MAHONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-41-MEF |
| EQUIFAX, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF FINANCIAL INTERESTS

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

ATI-2259377v1

Dated: February 7, 2007                              Respectfully submitted,


/s/ A. Kelly Brennan
A. Kelly Brennan
Bar Number ASB-4440-A50B
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8798

Attorney for Defendant
Experian Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-cv-41-MEF |
| EQUIFAX, et al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing Certificate of Financial Interests with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Donnie Patterson
Earl Price Underwood, Jr.
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959
251-990-5558
251-990-0626 (fax)

I hereby certify that I have this day served a true and correct copy of the within and foregoing Certificate of Financial Interests by certified mail to the following:

Asset Acceptance Corp.
P. O. Box 2036
150 South Perry Street
Warren, MI 48090

Equifax Information Services, LLC
CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

ATI-2259377v1

CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

LVNV Funding LLC
The Corporation Trust Company
1209 Trust Center
Wilmington, DE 19801

TransUnion, LLC
Prentice-Hall Corp. System Inc.
150 South Perry Street
Montgomery, AL 36104

Dated: February 7, 2007                    Respectfully submitted,


                                           /s/ A. Kelly Brennan
                                           A. Kelly Brennan
                                           Bar Number ASB-4440-A50B
                                           BALCH & BINGHAM LLP
                                           Post Office Box 306
                                           Birmingham, Alabama 35201-0306
                                           Telephone: 205-251-8100
                                           Facsimile: 205-226-8798
                                           Attorney for Defendant
                                           Experian Information Solutions, Inc.