UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07CV-41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, TRANS UNION LLC, | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., ASSET | ) |
| ACCEPTANCE CORP., LVNV FUNDING | ) |
| LLC & MIDNIGHT VELVET, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**CORPORATE DISCLOSURE STATEMENT**

Equifax Information Services, LLC ("Equifax"), by Counsel, hereby makes the following Corporate Disclosure Statement:

Equifax Information Services, LLC is a wholly-owned subsidiary of Equifax, Inc., which issues shares to the public and is a publicly traded company.

Respectfully submitted,

/s/Kirkland E. Reid
Kirkland E. Reid (REIDK9451)
MILLER, HAMILTON, SNIDER &
ODOM, LLC
254 State Street
P.O. Box 46
Mobile, AL  36601
Telephone:  251-432-1414
Facsimile:  251-433-4106
E-mail:  KirkReid@mhsolaw.com
*Counsel for Equifax Information
     Services, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 7th day of February, 2007, a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

        /s/ Kirkland E. Reid
        Kirkland E. Reid