**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

February 8, 2007

# NOTICE OF CORRECTION

**From:**                 **Clerk's Office**

**Case Style:**           **Louenia Mahone v. Equifax Information Services, LLC, et al.**

**Case Number:**          **#2:07-cv-00041-MEF**

**Referenced Document:**  **Document #13**
                          **Corporate Disclosure Statement**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record in order to remove a typographical error. The original pdf contained a typographical error on the first page, "JURY TRIAL DEMANDED." The corrected pdf is attached to this document.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| LOUENIA MAHONE,<br><br>      Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., ASSET ACCEPTANCE CORP., LVNV<br>FUNDING LLC, and MIDNIGHT VELVET,<br><br>      Defendants | CASE NO:<br>2:07-CV-00041-MEF-TFM |

## DEFENDANT TRANS UNION LLC'S DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Disclosure Statement and in support thereof would respectfully show the Court as follows:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2. No public company owns 10% or more of the stock in Trans Union LLC. Trans Union LLC is not publicly traded.

Respectfully submitted,

/s/ Kary Bryant Wolfe
**KARY BRYANT WOLFE**  (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEY FOR TRANS UNION LLC**

1968949.1/SP/83057/0504/020507

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl Price Underwood, Jr.
epunderwood@alalaw.com
James D. Patterson
jpatterson@alalaw.com
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P. O. Box 969
Fairhope, AL 36533-0969

Kirkland E Reid
kirkreid@mhsolaw.com
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603

Anna Kelly Brennan
kbrennan@balch.com
Balch & Bingham
PO Box 306
Birmingham, AL 35201-0306

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Asset Acceptance Corp.
P. O. Box 2036
150 South Perry Street
Warren, MI 48090

LVNV Funding LLC
The Corporation Trust Company
1209 Trust Center
Wilmington, DE 19801

/s/ Kary Bryant Wolfe
**OF COUNSEL**