IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LOUENIA MAHONE | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO.: 2:07cv41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC. EXPERIAN INFORMATION SOLUTIONS, INC., ASSET ACCEPTANCE CORP., LVNV FUNDING LLC & MIDNIGHT VELVET | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S STIPULATION CONCERNING RESPONSE FROM MIDNIGHT VELVET**

Plaintiff served process on defendant Midnight Velvet by mail, but Plaintiff is attempting to amicably resolve its disputes with defendant Midnight Velvet so that Midnight Velvet will not need to retain local counsel. Accordingly, Plaintiff stipulates that defendant Midnight Velvet's response to Plaintiff's complaint in this matter shall be due to be served on or before March 5, 2007.

Dated February 9th, 2007

_____
James D. Patterson, Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LOUENIA MAHONE | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO.: 2:07cv41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., ASSET ACCEPTANCE CORP., LVNV FUNDING LLC & MIDNIGHT VELVET | ) ) ) ) | |
| Defendants. | | |

## ORDER APPROVING PALINTIFF'S STIPULATION CONCERNING RESPONSE FROM MIDNIGHT VELVET

The court approves the Stipulation of Plaintiff, and it is hereby ordered that the response of defendant Midnight Velvet to Plaintiff's complaint in this matter will be due to be served on or before March 5, 2007.

DONE and ORDERED this _____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 9th day of February, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

**Kirkland E. Reid**
**Miller, Hamilton, Snider & Odom, LLC**
Post Office Box 46
Mobile AL 36601

**Kary B. Wolfe**
**Walston Wells Anderson & Birchall, LLP**
PO Box 830642
Birmingham AL 35283-0642

**Neal D. Moore, III**
**Ferguson, Frost & Dodson, LLP**
PO Box 430189
Birmingham AL 35243-1189

**Anna Kelly Brennan**
**Balch & Bingham**
PO Box 306
Birmingham, AL 35201

_____
James D. Patterson