IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO: 2:07-cv-41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., ASSET ACCEPTANCE CORP., LVNV FUNDING LLC & MIDNIGHT VELVET | ) ) ) ) JURY TRIAL DEMANDED ) |
| Defendants. | |

## STIPULATION OF DISMISSAL

**COME NOW** the Plaintiff, Louenia Mahone, and the Defendants, Asset Acceptance Corporation and Midnight Velvet, by and through their undersigned counsel, and hereby present this stipulation of dismissal with prejudice of all claims of Plaintiff against the Defendants, Asset Acceptance Corporation and Midnight Velvet, each party to bear his own cost.

Executed as of the 1st day of March, 2007.

                                        s/James D. Patterson
                                      **James D. Patterson**
                                      Counsel for Plaintiff
                                      jpatterson@alalaw.com
                                      Law Offices of Earl P. Underwood, Jr.
                                      PO Box 969
                                      Fairhope AL 36533
                                      251.990.5558

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Kirkland E. Reid
Miller, Hamilton, Snider & Odom, LLC
Post Office Box 46
Mobile AL 36601

Kary B. Wolfe
Walston Wells Anderson & Birchall, LLP
PO Box 830642
Birmingham AL 35283-0642

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
PO Box 430189
Birmingham AL 35243-1189

Anna Kelly Brennan
Balch & Bingham
PO Box 306
Birmingham, AL 35201

Dorothy Hoffman
Asset Acceptance Corp.
28405 Van Dyke Ave.
Warren MI 48093

Matthew J. Chamberlain
Midnight Velvet
1112 Seventh Avenue
Monroe, WI 53566

James D. Patterson