,UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOENIA MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07CV41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., TRANS UNION LLC, | ) |
| EXPERIAN NIFORMATION | ) |
| SOLUTIONS, INC., ASSET | ) |
| ACCEPTANCE CORP., LVNV FUNDING | ) |
| LLC & MIDNIGHT VELVET, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, a member of the Bar of this Court, respectfully moves the Court to admit Andrew Valli, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax Information Services LLC, ("Equifax") in the above-captioned matter, and in support thereof state as follows:

1. The accompanying Affidavit of Andrew Valli establishes the following:

   a. He is a member of the law firm of King & Spalding LLP, which has offices at 1180 Peachtree Street, Atlanta, Georgia 30309. Mr. Valli is resident in the firm's Atlanta office.

   b. He is a member in good standing of the State Bar of Georgia. He was admitted to practice in the State of Georgia in 1995. He is admitted to practice in State and Superior Courts of Georgia and the United States District Court for the Northern District of Georgia.

2.      The purpose of this application is to make it possible for Mr. Valli to represent the defendant Equifax Information Services LLC, which has sought this firm's advice and assistance with respect to this litigation.

3.      This lawsuit involves issues relating to credit reporting regulation in which both Mr. Valli and his firm have experience and expertise. King & Spalding LLP and Mr. Valli are national defense counsel for Equifax and have represented them in other credit reporting regulation matters.

4.      No previous motions have been filed with respect to the subject matter of this motion.

5.      Such fees as are required to support this application will be paid as directed by the Clerk of the Court.

WHEREFORE, the undersigned respectfully requests that Andrew Valli be admitted and granted permission to represent Defendant Equifax in this matter *pro hac vice*.

This 27th day of March, 2007.

EQUIFAX INFORMATION SERVICES LLC

By: __s/Kirkland E. Reid__
Kirkland E. Reid
Miller, Hamilton, Snider & Odom
254 State Street
P. O. Box 46
Mobile, Alabama 36601
Phone (251) 432-1414
Facsimile (251) 433-4106
Email: KirkReid@mhsolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of March, 2007, a true and correct copy of the foregoing Motion for Admission Pro hac Vice was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306

Harold L. Ferguson, Jr.
Ferguson Frost & Dodson LLP
P.O. Box 430189
Birmingham, AL 35243-0189

Neal DeWitt Moore, III
Ferguson Frost & Dodson LLP
P.O. Box 430189
Birmingham, AL 35243-0189

Kary B. Wolfe
Walston Wells & Birchall LLP
P.O. Box 830642
Birmingham, AL 35283-0642

/s/ Kirkland E. Reid
Kirkland E. Reid

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOENIA MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07CV41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., TRANS UNION LLC, | ) |
| EXPERIAN NIFORMATION | ) |
| SOLUTIONS, INC., ASSET | ) |
| ACCEPTANCE CORP., LVNV FUNDING | ) |
| LLC & MIDNIGHT VELVET, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFADAVIT OF ANDREW VALLI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF GEORGIA
COUNTY OF FULTON

PERSONALLY appeared before the undersigned officer, duly authorized by law to administer oaths, Andrew Valli, who after first being duly sworn, deposes and states as follows:

1.  My name is Andrew Valli. I am an attorney with the law firm of King & Spalding LLP, 1180 Peachtree Street, NE, Atlanta, Georgia, 30309, telephone number (404) 572-4600, counsel to defendant Equifax Information Services LLC in the action referenced above.

2.  I have been admitted to practice in the State of Georgia since 1995. I am admitted to practice in the State and Superior Courts of Georgia and the United States District Court for the Northern District of Georgia.

3.  I am a member in good standing of the Bar of the State of Georgia. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court; nor do I have any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to the courts of any federal court during the last five years.

4.  I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the State Bar Act, the State Bar Rules.

FURTHER AFFIANT SAYETH NOT.

_____
Andrew Valli
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
State Bar No.: 732278



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                                           } ss.

NORTHERN DISTRICT OF GEORGIA       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW HENRY VALLI, 732278,** was duly admitted to practice in said Court on October 10, 1995 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of March, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Eugene T. Thornton* (signature)
Eugene T. Thornton
Deputy Clerk

