IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LOUENIA MAHONE, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO: 2:07-cv-41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., ASSET ACCEPTANCE CORP., LVNV FUNDING LLC & MIDNIGHT VELVET | ) ) ) ) ) | |
| Defendants. | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE MARK E. FULLER:

Plaintiff Louenia Mahone, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Louenia Mahone and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted.
s/ James D. Patterson
**James D. Patterson**
Counsel for Plaintiff
jpatterson@alalaw.com
Law Offices of Earl P. Underwood, Jr.
PO Box 969
Fairhope AL 36533
251.990.5558

s/ Mark Kirkland
**Mark Kirkland**
Counsel for Trans Union
marc.kirkland@strasburger.com
Strasburger & Price, LLP
2801 Network Blvd., Ste 600
Frisco TX 75034
469.287.3946

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of March, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Kirkland E. Reid
Miller, Hamilton, Snider & Odom, LLC
Post Office Box 46
Mobile AL 36601

Mark Kirkland
Strasburger & Price, LLP
2801 Network Blvd., Ste 600
Frisco TX 75034

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
PO Box 430189
Birmingham AL 35243-1189

Anna Kelly Brennan
Balch & Bingham
PO Box 306
Birmingham, AL 35201

James D. Patterson

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| LOUENIA MAHONE,<br>　　Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., ASSET ACCEPTANCE CORP., LVNV<br>FUNDING LLC, and MIDNIGHT VELVET,<br>　　Defendants | CASE NO:<br>2:07-CV-00041-MEF-TFM |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Louenia Mahone has announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Louenia Mahone against Defendant Trans Union is in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this _____ day of _____, 2007.

_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE