IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Andrew Valli to *Appear Pro Hac* Vice (Doc. #21) filed on March 27, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 2nd day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE