# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LOUENIA MAHONE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-cv-41-MEF** |
| **EQUIFAX, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE MARK E. FULLER:

Plaintiff Louenia Mahone, and Defendant Experian Information Solutions, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Louenia Mahone and Experian Information Solutions, Inc. to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Experian Information Solutions, Inc. which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

ATI-2267925v1

Dated: April __, 2007

Respectfully submitted,

/s/ James D. Patterson
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533
Telephone: 251-990-5558

Attorney for Plaintiff
Louenia Mahone


/s/ A. Kelly Brennan
A. Kelly Brennan
Bar Number ASB-4440-A50B
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8798

Attorney for Defendant
Experian Information Solutions, Inc.

ATI-2267925v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO.** |
| | )    **2:07-cv-41-MEF** |
| EQUIFAX, et al. | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirkland E. Reid
Miller, Hamilton, Snider & Odom, LLC
Post Office Box 46
Mobile AL 36601

Kary Bryant Wolfe
Walston Wells & Birchall, LLP
1819 5th Ave North, Ste. 1100
Birmingham, AL 35203

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
P.O. Box 430189
Birmingham, AL 35243-1189

- 1 -

ATI-2267925v1

Dated: April 12th, 2007                           Respectfully submitted,


                                                  /s/ A. Kelly Brennan
                                                  A. Kelly Brennan
                                                  Bar Number ASB-4440-A50B
                                                  BALCH & BINGHAM LLP
                                                  Post Office Box 306
                                                  Birmingham, Alabama 35201-0306
                                                  Telephone: 205-251-8100
                                                  Facsimile: 205-226-8798

                                                  Attorney for Defendant
                                                  Experian Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LOUENIA MAHONE | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-41-MEF |
| EQUIFAX, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

Upon consideration of the Stipulation of Dismissal With Prejudice filed on April __, 2007, it is hereby

ORDERED that all claims against Experian Information Solutions, Inc. are DISMISSED with prejudice and that Experian Information Solutions, Inc. is DISMISSED with prejudice as a party to this action, with court costs taxed as paid by the party incurring same.

It is further ORDERED that Plaintiff's other pending claims, as set forth in the Complaint, remain against all other defendants, named or unnamed.

Done this __ day of _____, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE