IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

LOUENIA MAHONE,

        Plaintiff,

COURT FILE NO.: 2:07cv41MEF/TFM

v.

EQUIFAX INFORMATION SERVICES LLC.,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., ASSET
ACCEPTANCE CORP., LVNV FUNDING LLC
& MIDNIGHT VELVET,

        Defendants.

## JOINT STIPULATION OF PRO TANTO DISMISSAL

COMES NOW the plaintiff, Louenia Mahone, and the defendant, LVNV Funding, and hereby jointly request this Honorable Court to dismiss LVNV Funding from this cause of action, with prejudice, costs taxed as paid. In support of this motion, the parties show as follows:

1) That the parties have reached a resolution to all claims asserted or assertable between them through a separate confidential agreement.

2) That the plaintiff has specifically reserved the right to proceed against any and all other defendants not previously dismissed, and any other parties not yet named.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to grant this Motion for Pro Tanto Dismissal of the defendant, LVNV Funding, with prejudice, costs taxed as paid.

Respectfully Submitted,

_____
James Patterson, Attorney for Plaintiff
Law Offices of Earl P. Underwood
Post Office Box 969
Fairhope, Alabama 36533-0959

_____
Neal D. Moore, III, Attorney for LVNV Funding
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

LOUENIA MAHONE,

    Plaintiff,

COURT FILE NO.: 2:07cv41MEF/TFM

v.

EQUIFAX INFORMATION SERVICES LLC.,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., ASSET
ACCEPTANCE CORP., LVNV FUNDING LLC
& MIDNIGHT VELVET,

    Defendants.

## ORDER

This matter having come before the Court upon the Joint Motion for Pro Tanto Dismissal filed by the plaintiff, by and through counsel, James Patterson, and the defendant, LVNV Funding, by and through counsel, Neal D. Moore, III; the Court having considered the merits of the motion and being familiar with the facts and circumstances of this case does hereby **ORDER, ADJUDGE** and **RULE** as follows:

1. That LVNV Funding is due to be and hereby is DISMISSED from this cause of action, with prejudice, costs taxed as paid.

2. This matter shall proceed in its entirety against all other defendants not heretofore or previously released and without prejudice to the plaintiff's right to bring in additional parties consistent with the Scheduling Order and Rules of Civil Procedure.

DONE and ORDERED this ____ day of _____, 2007.

                                                      HONORABLE JUDGE MARK E. FULLER

cc:    Neal D. Moore, III
        James Patterson