IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **ORDER**

By the Court's Order (Doc. # 20) dated March 16, 2007, the parties were reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan and directed to file the Report of Parties' Planning Meeting described in Rule 26(f) as soon as practicable but not later than April 6, 2007. As of the date of this Order, the Court has not received the Report of Parties' Planning. The parties are hereby ORDERED to file a proper Report of Parties' Planning Meeting as previously ordered no later than **May 4, 2007**. **The parties are admonished that failure to comply with this Order could result in the imposition of appropriate sanctions.**

In preparing the Report of Parties' Planning Meeting, the parties are advised that the longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's

regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

This court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this the 18th day of April, 2007.

                                           /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE