UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOENIA MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07CV41-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC., TRANS UNION LLC, EXPERIAN NIFORMATION SOLUTIONS, INC., ASSET ACCEPTANCE CORP., LVNV FUNDING LLC & MIDNIGHT VELVET, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R.Civ. P. 26(f), a telephonic meeting was held on May 4, 2007 and was attended by:

James Donnie Patterson for plaintiff, and

Andrew H. Valli for defendant Equifax.

All other defendants have been dismissed.

2. Pre-Discovery Disclosures.  The parties will exchange by May 18, 2007 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  Plaintiff's claims and defendant's defenses.

4552709

All discovery commenced in time to be completed by **September 28, 2007.**

Maximum of 25 interrogatories by each party to any other party. (Responses due 30 days after service).

Maximum of 35 requests for admission by each party to any other party (Responses due 30 days after service).

Maximum of 35 requests for production by each party to any other party. (Responses due 30 days after service).

Maximum of 10 depositions by Plaintiff and 10 depositions by the Defendant (excluding depositions upon written questions).

Each deposition limited to maximum of seven hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by August 15, 2007.

    from Defendant by September 4, 2007.

Supplementations under Rule 26(e) due September 4, 2007.

4. Other Items:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in January, 2008.

Plaintiff should be allowed until June 11, 2007 to join additional parties and amend pleadings.

Defendant should be allowed until June 29, 2007 to join additional parties and amend pleadings.

All potentially dispositive motions should be filed by October 31, 2007.

Settlement is likely and Plaintiff will submit a demand upon Defendant but at this time alternative dispute resolution procedures do not appear necessary.  If any of the parties believe the use of alternative dispute resolution procedures may be beneficial in resolving the case the parties, individually or jointly, will so advise the Court.

Witness and exhibit lists under rule 26(a)(3) shall be due 30 days prior to trial.

The parties will have 15 days after receipt of lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by Judge Fuller's March 3, 2008 term and at this time is expected to take approximately two days.

Dated this 4th day of May, 2007.

| | |
|---|---|
| s/ James Donnie Patterson | s/ Andrew H. Valli |
| Law Offices of Earl P. Underwood | King & Spalding LLP |
| P.O. Box 969 | 1180 Peachtree Street, NE |
| Fairhope, AL 36533 | Atlanta, Georgia 30309 |
| Phone: 251-990-5558 | Phone: 404-215-5765 |
| epunderwood@alalaw.com | avalli@kslaw.com |
| | |
| Attorney for Plaintiff | Attorney for Equifax Information Services LLC |

4552709