## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO: 2:07-cv-41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff Louenia Mahone filed a Stipulation of Dismissal, it is hereby, **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff against Defendant Equifax Information Services, LLC, in the above-styled action are hereby dismissed, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____, 2007.

_____
Judge Mark E. Fuller
United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOUENIA MAHONE, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO: 2:07-cv-41-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | |

### STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff, Louenia Mahone, and by and through her undersigned counsel, hereby presents this stipulation of dismissal with prejudice of all claims of Plaintiff against Defendant Equifax Information Services, LLC, each party to bear his own cost.

Executed as of the 24th day of September, 2007.

> s/James D. Patterson
> **James D. Patterson**
> Counsel for Plaintiff
> jpatterson@alalaw.com
> Law Offices of Earl P. Underwood, Jr.
> PO Box 969
> Fairhope AL 36533
> 251.990.5558

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of September, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Kirkland E. Reid
Miller, Hamilton, Snider & Odom, LLC
Post Office Box 46
Mobile AL 36601

Kary Bryant Wolfe
Walston Wells & Birchall, LLP
1819 5th Avenue North, Ste. 1100
Birmingham, AL 35203

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
PO Box 430189
Birmingham AL 35243-1189

Anna Kelly Brennan
Balch & Bingham
PO Box 306
Birmingham, AL 35201

_____
James D. Patterson